USCA1 Opinion

 

 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 93-1666 RAYMOND H. COPP, JR., Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. __________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven J. McAuliffe, U.S. District Judge] ___________________ _________________________ Before Selya, Circuit Judge, _____________ Coffin, Senior Circuit Judge, ____________________ and Cyr, Circuit Judge. _____________ _________________________ Alfred D. Ellis and Cherwin & Glickman on brief for _________________ ____________________ appellant. Michael L. Paup, Acting Assistant Attorney General, Gary R. ________________ _______ Allen, Charles E. Brookhart, and Sally J. Schornstheimer, _____ ______________________ __________________________ Attorneys, Tax Division, and Peter E. Papps, United States ________________ Attorney, on brief for the United States. _________________________ November 24, 1993 _________________________ Per Curiam. We have carefully reviewed the record in Per Curiam. __________ this matter and find that the order appealed from is proper in all respects. Moreover, because the appeal presents no substantial question of fact or law, and seems likely to have been interposed primarily for purposes of delay, we summarily affirm, grounding our affirmance on the reasons elucidated at length in the district court's rescript and in our earlier opinion resolving a companion dispute between the same parties. See Copp v. United States, 968 F.2d 1435 (1st Cir. 1992), cert. ___ ____ ______________ _____ denied, 113 S. Ct. 1257 (1993). We add only that, insofar as ______ appellant attempts to invoke the attorney-client privilege, he seeks to shield too much, too soon, on too exiguous an evidentiary showing. See, e.g., United States v. Wilson, 798 ___ ____ ______________ ______ F.2d 509, 512-13 (1st Cir. 1986) (describing requisite showing); cf. United States v. Allee, 888 F.2d 208, 212 (1st Cir. 1989) ___ ______________ _____ (discussing analogous problem in connection with Fifth Amendment privilege). We need go no further. Affirmed. See 1st Cir. Loc. R. 27.1. Mandate shall Affirmed. See 1st Cir. Loc. R. 27.1. Mandate shall ________ ___ _______ _____ issue forthwith. issue forthwith. _____ _________ 2